UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SAMUEL CAINE,

    Plaintiff,

v.                                                                            Case No. 3:14cv389/RV/CJK

BABE'S SOUTH, INC., et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court on the parties' Joint Motion for Approval of Settlement. (Doc. 13). Plaintiff brought this action for unpaid wages under the Fair Labor Standards Act ("FLSA"). (Doc. 1). The parties' settlement agreement, which this court reads as in the nature of a stipulation, provides that plaintiff is considered the prevailing party in this FLSA action. The parties agree that defendants will pay plaintiff the entire claim for unpaid wages in the amount of $2,500.00 plus $2,500.00 in liquidated damages. The parties also agree plaintiff is entitled to attorney's fees and costs in the amount of $3,500.00.

    Accordingly, it is respectfully RECOMMENDED:

    1.    That the parties' Joint Motion for Approval of Settlement (doc. 13) be GRANTED.

    2.    That the Settlement Agreement, including the attorney's fees and costs requested by plaintiff's counsel, be APPROVED.

    2.    That this action be DISMISSED WITH PREJUDICE.

    3.    That the clerk of court be directed to close the file in this case.

At Pensacola, Florida, this 5th day of November, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).