UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SAMUEL CAINE,**

    **Plaintiff,**

**v.**                         **Case No. 3:14cv389/RV/CJK**

**BABE'S SOUTH, INC., et al.,**

    **Defendants.**
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 5, 2014  (doc. 14).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.. The parties' Joint Motion for Approval of Settlement (doc. 13) is **GRANTED**.

3. The Settlement Agreement, including the attorney's fees and costs requested by plaintiff's counsel, is **APPROVED**.

4. This action is **DISMISSED WITH PREJUDICE**.

5. The Clerk is directed to close the file.

**DONE AND ORDERED** this **17th** day of December, 2014

                              /s/ *Roger Vinson*
                              **ROGER VINSON**
                              **SENIOR UNITED STATES DISTRICT JUDGE**