UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**SAMUEL CAINE,**
     **Plaintiff,**

v.                                                        Case No. 3:14cv389/RV/CJK

**BABE'S SOUTH, INC., et al.,**
     **Defendants.**
                                              /

**ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 31, 2015 (doc. 37). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Motion for Summary Final Judgment (doc. 25) is **GRANTED**.

3. Plaintiff's Motion for Entitlement to and Award of Attorneys' Fees and Costs (doc. 26) is **GRANTED**.

4. Judgment is entered in plaintiff's favor in the amount of $12,528.05. This judgment comprises the $6,250.00 owed to plaintiff under the settlement agreement, the $4,375.00 owed to plaintiff's counsel under the settlement agreement, and the $1,903.05 owed to plaintiff's counsel for his efforts in enforcing the settlement agreement.

**DONE AND ORDERED** this **29th** day of September, 2015.

                                        /s/ *Roger Vinson*
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**